THE ONLY TESTIMONY OFFERED TO PROVE ITS SERVICE DIS-CREDITING NATURE WAS ADMITTED IN ERROR.

Briefs will be filed under Rule 25.

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellant's motion to supplement the record is granted.

No. 14–0784/NA. U.S. v. Anthony L. Evans. CCA 201300174. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including September 23, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 15–0024/MC. U.S. v. Ian R. Dunton. CCA 201300148. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 30, 2014.

No. 15–0028/AF. U.S. v. Keith A. Wade. CCA 38332. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 1, 2014.